## W. T. BROWN v. M. M. LEEK.

### 7 Div. 216.

Supreme Court of Alabama.

Oct. 5, 1933.

Mullins, Pointer & Deramus, of Birmingham, and W. T. Starnes, of Pell City, for petitioner.

Frank Embry, of Pell City, for respondent.

### PER CURIAM.

Petition of W. T. Brown for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Brown v. Leek, 25 Ala. App. 497, 149 So. 854.

Writ denied.

ANDERSON, C. J., and GARDNER, BOULDIN, and FOSTER, JJ., concur.